HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROL ANNE MAGEE,

    Plaintiff,

v.

ISLAND COUNTY, WASHINGTON; OPTION ONE MORTGAGE; PUGET SOUND ENERGY; COUNTRY FINANCIAL INSURANCE; FRONTIER COMMUNICATIONS,

    Defendant.

CASE NO. C18-152 RAJ

ORDER

This matter comes before the Court on Defendant Sand Canyon Corporation f/k/a Option One Mortgage Corporation's ("Option One") Motion to Dismiss the Amended Complaint of Plaintiff Carol Anne Magee, pursuant to Fed. R. Civ. P. 12(b)(6). Dkt. # 50. The Court has reviewed all of the filings Plaintiff submitted after Option One's Motion, and none purport to address this Motion to Dismiss, or Option One, in any fashion. Dkt. ## 53-68, 72-79.

Plaintiff accordingly did not oppose the Motion to Dismiss. The Court considers this to be "an admission that the motion has merit." Local Rules W.D. Wash. LCR

ORDER- 1

7(b)(2). Accordingly, the Court **GRANTS** the Motion to Dismiss at Dkt. # 50. Plaintiff's claims are dismissed as to Defendant Option One Mortgage.

Dated this 30th day of July, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge